Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:  Jonathan Lee Crawn                               Case No. 09-61449
        Melissa Harrison Crawn

                                                         Chapter 7
                Debtor(s)

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  August 26, 2010                              William F. Schneider, Trustee


                                    By:    **/s/ William F. Schneider**
                                           William F. Schneider
                                           P.O. Box 739
                                           Lynchburg, VA  24505
                                           434.528.0411
                                           434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

| Creditor Address | Amount |
|---|---|
| Bedford County Treasurer<br>122 East Main Street, Ste. 101<br>Bedford, VA  24523 | $0.40 |