Form 704-8B
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:  Jonathan Lee Crawn    Case No. 09-61449
Melissa Harrison Crawn

Chapter 7

Debtor(s)

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The Trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than $5.00 would have been made if ordered by the Court.

3. That the Trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than $5.00 is attached with the request that such funds be deposited in the U.S. Treasury.

Date:  October 21, 2010    William F. Schneider, Trustee

By:  **/s/ William F. Schneider**
William F. Schneider
P.O. Box 739
Lynchburg, VA  24505
434.528.0411
434.845.3666 (FAX)

Form 704-8B
Rev. 1/05

Creditor                                    Amount
Address

Bedford County Treasurer
122 E. Main St., Ste 101
Bedford, VA  24523                          $0.16